UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LEONARDO ROBINSON, | Case No. 3:10-cv-311 |
| Plaintiff, | Judge Timothy S. Black |
| | Magistrate Judge Michael R. Merz |
| vs. | |
| UNITED STATES DEPARTMENT OF THE TREASURY, | |
| Defendant. | |

**DECISION AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 7); (2) OVERRULING PLAINTIFF'S OBJECTIONS (Doc. 9); AND (3) TERMINATING THIS CASE FROM THE DOCKET**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on December 1, 2010, submitted a Report and Recommendations. (Doc. 7). Subsequently, the Plaintiff filed Objections to the Report and Recommendations. (Doc. 9).

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its

entirety; and Plaintiff's Objections to the Report and Recommendations are overruled.[1]

Accordingly:

1. The Report and Recommendations is **ADOPTED**;

2. Plaintiff's complaint is **DISMISSED**; and

3. This case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 12/9/10

Timothy S. Black
United States District Judge

---

[1] This case is being dismissed because Plaintiff failed to obtain service of process within 120 days of filing as required by Fed. R. Civ. P. 4(m). Plaintiff's objection does not even address service.